**ORDERED.**

DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630)
BRIAN PAINO (AZ SBN 027091)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com
Attorneys for AURORA LOAN SERVICES, LLC

Dated: January 20, 2010

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| In re<br><br>IRENE N. QUERO,<br><br>Debtor(s). | Case No. 4:06-BK-01526-EWH<br><br>Chapter 7<br><br>ORDER FOR RELIEF |
| AURORA LOAN SERVICES, LLC,<br><br>Movant,<br><br>v.<br><br>IRENE N. QUERO, Debtor(s); and STANLEY J. KARTCHNER, Chapter 7 Trustee,<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.   The automatic stay of 11 United States Code section 362 is hereby terminated as it applies to Movant regarding property commonly known as 11652 West Barley Drive, Marana, Arizona 85653 ("Real Property").

-1-

LOT 53 OF GLADDEN FARMS BLOCK 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER, PIMA COUNTY, ARIZONA, IN BOOK 58 OF MAPS AND PLATS AT PAGE 17.

2. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

4. Counsel for Movant is to serve a copy of this Order immediately upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE